JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 960-4084
marcheselaw@msn.com
Attorney for Defendant- NICHOLAS FIORE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-mj-582-EJY |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLAS FIORE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense would like additional time to review the video footage of the arrest in this matter.

4. For all the above-stated reasons, the ends of justice would best be served by a

1   continuance of the Trial to a date convenient to the court.

2   This is the first request for continuance filed herein.

3

4

5

6   **ORDER**

7   IT IS HEREBY ORDERED that the Trial currently scheduled for December 14, 2022, at

8   10:00 a.m., be continued to the  18th  day of     January                          ,  2023  at  9:00 a.m.

9   in courtroom  Courtroom 3D.

10

11   DATED this  13th  day of        December          , 2022.

12

13   _____
    **U.S. MAGISTRATE JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28