UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.:   2:22-mj-00582-EJY ) |
| | ) **ORDER TO CLOSE THE CASE** |
| NICHOLAS JOHN FIORE, | ) ) |
| Defendant. | ) ) |
| | ) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Nicholas John Fiore has successfully completed all terms and conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that because Defendant has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED this 28th of July, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3